IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | CHAPTER: | 13 |
| STACEY & ERICA TINDALL | ) | CASE NO.: | 15-05917 |
| SSN: XXX-XX-5053/7210 | ) | JUDGE: | HARRISON |
| 217 IVY BEND CIRCLE | ) | | |
| CLARKSVILLE, TN 37043 | ) | | |
| | ) | | |
| Debtors. | ) | | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: April 18, 2019.**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: May 1, 2019, at 8:30 a.m. in Courtroom 1, Customs House, 701 Broadway, Nashville, TN 37203.**

**NOTICE OF MOTION TO SELL VEHICLE, MODIFY PLAN, AND INCUR CREDIT**

Counsel for Debtors has asked the court for the following relief: sell vehicle, modify the plan to lower plan payments, and grant authorization to incur credit for a replacement vehicle.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: <https://ecf.tnmb.uscourts.gov>.**

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. Your response must state that the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding is.

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at <www.tnmb.uscourts.gov>.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

| | |
|---|---|
| Date: March 28, 2019 | Signature: /s/ Mary Beth Ausbrooks |
| | Name: Mary Beth Ausbrooks |
| | Address: 1222 16th Avenue South, Suite 12 |
| | Nashville, TN 37212-2926 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER: 13 |
| STACEY & ERICA TINDALL ) | CASE NO.: 15-05917 |
| SSN: XXX-XX-5053/7210 ) | JUDGE: HARRISON |
| 217 IVY BEND CIRCLE ) | |
| CLARKSVILLE, TN 37043 ) | |
| ) | |
| Debtors. ) | |

## MOTION TO SELL VEHICLE, MODIFY PLAN, AND INCUR CREDIT

COME THE DEBTORS, through counsel, Rothschild and Ausbrooks, PLLC, and would move for authorization to sell their 2014 Nissan Altima, modify this plan to lower the monthly payments, and incur credit for a replacement vehicle and in support of this motion would state as follows:

1) Debtors move for an order authorizing them to sell their 2014 Nissan Altima for $5,188.39. The Debtors need a handicap accessible van for their daughter. Their 2014 Nissan Altima is no longer a practical vehicle for their family's needs. The Debtors further move the Court to require the lien-holder on the 2014 Nissan Altima, Insolve Auto Funding, to release its lien on the title and to remit same to the buyer, upon receipt of payment. The buyer shall remit payment directly to Insolve Auto Funding c/o Capital Recovery Group, Dept 3403, P.O. Box 123403, Dallas, TX 75312-3403.

2) The Debtors seeks to modify the Confirmation Order to temporarily suspend the monthly payments required pursuant to 11 U.S.C. 1325 (a)(5) on claims associated with the vehicle until the affected creditors file an amended Proof of Claim, reducing the remaining balance to $0.00 after processing the proceeds from the sale. The debtors further move to limit the time in which the affected creditors can file an Amended Claim to ninety (90) days after an order is entered granting this motion. Should an Amended Claim not be timely filed, the claims will be deemed to have been satisfied in full and no other payments will be paid on the claims. Debtors propose to grant immediate relief from the stay in favor of the affected creditors to allow them to promptly collect the sale proceeds and to allow the release of the lien on the title. NOTICE IS HEREBY GIVEN THAT INSOLVE AUTO FUNDING C/O CAPITAL RECOVERY GROUP MUST EITHER REJECT THE MODIFIED PLAN OR OBJECT TO THE MOTION TO MODIFY IN WRITING ON OR BEFORE THE RESPONSE DEADLINE. IF INSOLVE AUTO FUNDING C/O CAPITAL RECOVERY GROUP DOES NOT AFFIRMATIVELY REJECT OR OBJECT, ITS SILENCE WILL BE DEEMED AS ACCEPTANCE OF THE PROPOSED MODIFIED PLAN.

3) The Debtors move to modify the plan to a lower amount to allow available funds outside of the plan to purchase a replacement vehicle. Creditors in this plan would not be affected by this modification as the proposed modification would only reduce the Debtors' base by the $5,188.39 that will no longer be paid in the Debtors' plan.

4) As a result of such modification, the Debtors' plan payments would be reduced from $806.00 bi-weekly to $651.00 bi-weekly. The plan would complete over a life of approximately 60 months from confirmation paying general unsecured creditors 20%. The base would be reduced from $34,767.48 to $29,579.09 and the unsecured pool would remain $0.00.

5) Debtors move for authorization pursuant to 11 U.S.C. section 1305(c) to incur credit to finance a replacement vehicle with direct monthly payments of no more than $600.00 and a principal balance of no more than $25,000.00.

6) Debtors attach an amended family budget in support of this motion which reflects any changes to income and expenses since the last budget was submitted.

7) Debtors attended the Trustee's Money Management Class on October 13, 2015.

Respectfully submitted,

*/s/ Mary Beth Ausbrooks*
Mary Beth Ausbrooks
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

cmk

**CERTIFICATE OF SERVICE**

I certify that on this 28th day of March, 2019, I served a copy of the foregoing in the following manner:

*Email by Electronic Case Noticing to:*

Asst. U.S. Trustee; Henry E. Hildebrand, III, Chapter 13 Trustee

*By U.S. Postal Service, Certified Mail to:*

| **Barclay's Bank Of Delaware** | **Capital One Bank USA NA** |
|---|---|
| ATTN Officer | Bankruptcy Dept. ATTN Officer |
| PO Box 8803 | P O Box 30281 |
| Wilmington, DE 19899 | Salt Lake CIty, UT 84130 |

         **Capital One Bank (USA), N.A.** **CCS/Bryant State Bank**
         ATTN Officer        ATTN Officer
         PO Box 71083        500 E. 60th St. N
         Charlotte, NC 28272-1083   Sioux Falls, SD 57104

*By U.S. Postal Service, postage prepaid to:*

**ADT Security**
ATTN Officer Agent or Manager
3190 S Vaughn Way
Aurora, CO 80014

**Advance Financial**
ATTN Officer Agent or Manager
850 S Main Street
Ashland City, TN 37015

**AFNI**
ATTN Officer Agent or Manager
PO Box 3427
Bloomington, IL 61702-3427

**American InfoSource LP as agent for**
DIRECTV, LLC
PO Box 51178
Los Angeles, CA 90051-5478

**AT&T Mobility II LLC**
%AT&T SERVICES INC.
KAREN A. CAVAGNARO LEAD PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921

**Atlas Acquisitions LLC**
ATTN Officer Agent or Manager
294 Union St.
Hackensack, NJ 07601

**Cerastes, LLC**
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**Clarksville Finance, LLC**
ATTN: Amber Keisling
P.O. Box 30235
Clarksville, TN 37040

**Credit Central**
ATTN Officer Agent or Manager
700 E. North St., Ste. 15
Greenville, SC 29601

**Credit Central TN**
ATTN Officer Agent or Manager
703 S. Riverside Drive
Clarksville, TN 37040

**Credit Management, LP**
ATTN Officer Agent or Manager
4200 International Parkway
Carrollton, TX 75007

DirecTV

**InSolve Auto Funding, LLC, c/o Capital Recovery Gr**
Dept 3403
PO Box 123403
Dallas, TX 75312-3403

**MABT/CONTFIN**
ATTN Officer Agent or Manager
121 Continental Dr. Ste. 1
Newark, DE 19713

**Med Business Bureau**
ATTN Officer Agent or Manager
PO Box 1219
Park Ridge, IL 60068

**Navient**
ATTN Officer Agent or Manager
P.O. Box 9500
Wilkes Barre, PA 18773

**Navient Solutions, Inc. on behalf of TSAC**
c/o Office of the TN Attorney General
P.O. Box 20207
Nashville, TN, 37202-0207

**Pennyrile Collection**
ATTN Officer Agent or Manager
P.O. Box 965
Hopkinsville, KY 42241

**Planet Home Lending, LLC**
ATTN Officer Agent or Manager
321 Research Parkway, Suite 303
Meriden, CT 06450

**Porania LLC**
ATTN Officer Agent or Manager
P. O. Box 11405
Memphis, TN 38111

**Quantum3 Group LLC as agent for**
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

**STATE FINANCE**
ATTN Officer Agent or Manager
265 DOVER ROAD
CLARKSVILLE TN 37042

**T-Mobile**
ATTN Officer Agent or Manager
1000 Abernathy, Ste 165
Atlanta, GA 30328

Title Max

ATTN Officer Agent or Manager  
PO Box 78626  
Phoenix, AZ 85062-8626  

**Educational Credit Management Corporation**  
ATTN Officer Agent or Manager  
PO Box 16408  
St. Paul, MN 55116-0408  

**Enhanced Recovery**  
ATTN Officer Agent or Manager  
PO Box 23870  
Jacksonville, FL 32241  

**Federal Financial Services, Inc.**  
ATTN Officer Agent or Manager  
935 North Bridge St  
Elkin, NC 28621  

**Ford Motor Credit**  
ATTN Officer Agent or Manager  
PO Box 6275  
Dearborn, MI 48121  

**FORD MOTOR CREDIT COMPANY LLC**  
ATTN Officer Agent or Manager  
Drawer 55-953,Chapter 13, P.O. Box 55000  
Detroit, MI 48255-0953  

**Fort Campbell Fcu**  
ATTN Officer Agent or Manager  
88 Michigan Ave  
Fort Campbell, KY 42223  

**Ft Campbell Credit Union**  
ATTN Officer Agent or Manager  
2050 Lowes Dr  
Clarksville, TN 37040  
Multiple Accounts  

**Green Planet Servicing LLC**  
ATTN Officer Agent or Manager  
3451 Hammond Ave.  
Waterloo, IA 50702  

ATTN Officer Agent or Manager  
1986 Fort Campbell Blvd.  
Clarksville, TN 37042  

**TitleMax of Tennessee, INC. d/b/a TitleMax**  
ATTN Officer Agent or Manager  
15 Bull Street, Suite 200  
Savannah, GA 31401  

**TN Child Support**  
ATTN Officer Agent or Manager  
400 Deadrick St  
Nashville, TN 37248  

**United States Department of Education**  
Claims Filing Unit  
P O Box 8973  
Madison, WI 53708-8973  

**Us Dept Of Ed/glelsi**  
ATTN Officer Agent or Manager  
Po Box 7860  
Madison, WI 53707  

**USA Discounters**  
Attn: Bankruptcy Dept  
PO Box 8008  
Virginia Beach, VA 23450  

**USA Discounters, LTD. D/B/A USA Living**  
ATTN Officer Agent or Manager  
PO Box 41007  
Norfolk, VA 23541  

**Vivint Security**  
ATTN Officer Agent or Manager  
4931 North 300 West  
Provo, UT 84604  

**WebBank/Fingerhut**  
ATTN Officer Agent or Manager  
6250 Ridgewood Road  
Saint Cloud, MN 56303  

**InSolve Auto Funding, LLC , c/o Capital Recovery G**  
ATTN Officer Agent or Manager  
PO Box 64090  
Tucson, AZ 85728-4090  

*/s/ Mary Beth Ausbrooks*  
Mary Beth Ausbrooks  

41 TOTAL USPS MAILINGS: $41.00  
4 TOTAL CERTIFIED MAILINGS: $12.00

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: ) | | |
| ) | CASE NO: | 15-05917 |
| Stacey Tindall ) | CHAPTER | 13 |
| Erica Tindall ) | JUDGE | Harrison |
| Debtor(s) ) | | |

### AMENDED MONTHLY FAMILY BUDGET

| | | | | | Prior Budget* | Current Budget* |
|---|---|---|---|---|---|---|
| Dates of Budgets: | | | | | 9/14/2018 | 3/27/2019 |

**EXPENSES**

| | Prior* | Current* | Prior Budget | Current Budget |
|---|---|---|---|---|
| Rent/Mortgage Payment: | | | $ 1,587.77 | $ 1,587.77 |
| Utilities: | | | | |
|   Electric, heat, natural gas: | $ 325.00 | $ 325.00 | | |
|   Water, sewer, garbage: | $ 60.00 | $ 60.00 | | |
|   Telephone, cell, internet, cable: | $ 435.00 | $ 435.00 | | |
|   Other: | $ - | $ - | | |
|   Other: | $ - | $ - | | |
| **Total Utilities:** | | | $ 820.00 | $ 820.00 |
| Food: | | | $ 1,300.00 | $ 1,300.00 |
| Childcare/Education Costs: | | | $ 500.00 | $ 500.00 |
| Clothing / Laundry & Dry Cleaning: | | | $ 250.00 | $ 150.00 |
| Personal Care Products & Services: | | | $ 200.00 | $ 100.00 |
| Medical & Dental Expenses: | | | $ 400.00 | $ 400.00 |
| Transportation: | | | $ 550.00 | $ 550.00 |
| Entertainment/Recreation: | | | $ - | $ - |
| Charity: | | | $ - | $ - |
| Insurance (not deducted from wages): | | | | |
|   Auto: | $ 280.00 | $ 217.00 | | |
|   Life: | $ - | $ - | | |
|   Home: | $ - | $ - | | |
|   Renters: | $ - | $ - | | |
|   Other: | $ - | $ - | | |
| **Total Insurance:** | | | $ 280.00 | $ 217.00 |
| Taxes (not deducted from wages): | | | $ - | $ - |
| Child Support: | | | $ - | $ - |
| Home Maintenance: | | | $ 100.00 | $ 100.00 |
| Pet Expenses: | | | $ - | $ - |
| Car: | | | $ - | $ 600.00 |
| Other: | | | $ - | $ - |
| Other: | | | $ - | $ - |
| Other: | | | $ - | $ - |
| **TOTAL MONTHLY EXPENSES:** | | | **$ 5,987.77** | **$ 6,324.77** |

| INCOME | | | Prior Budget* | Current Budget* |
|---|---|---|---|---|
| **Debtor's Gross Income:** | | | $ 6,102.17 | $ 6,297.20 |
| Spouse's Gross Income: | | | $ - | $ - |
| Payroll Deductions: | Prior* | Current* | | |
|   Payroll Taxes: | $ 701.78 | $ 720.33 | | |
|   401(k) contributions: | $ 503.11 | $ 598.13 | | |
|   Insurances: | $ 379.39 | $ 443.69 | | |
|   Union: | $ 44.42 | $ 44.42 | | |
|   Total Payroll Deductions: | | | $ 1,628.70 | $ 1,806.57 |
| Other Regular Income: | | | | |
|   Support Alimony: | $ - | $ - | | |
|   Pension/SS/VA: | $ 3,261.10 | $ 3,261.10 | | |
|   Annuity: | $ - | $ - | | |
|   Total Other Regular Income: | | | $ 3,261.10 | $ 3,261.10 |
| **TOTAL MONTHLY INCOME:** | | | **$ 7,734.57** | **$ 7,751.73** |

**SUMMARY:**

| | Prior Budget | Current Budget |
|---|---|---|
| **Total Monthly Income (from above):** | $ 7,734.57 | $ 7,751.73 |
| **minus Total Monthly Expenses (from page 1):** | $ (5,987.77) | $ (6,324.77) |
| **equals Monthly Surplus:** | $ 1,746.80 | $ 1,426.96 |
| **Monthly Plan Payment:** | $ 1,746.18 | $ 1,410.50 |
| **Duration of Plan (months):** | 0 | 0 |
| **Dividend to Unsecured Creditors (%)** | 20% | 20% |
| **Secured Creditors Affected:** | | |

**\*Explain any increase or decrease in income, expenses, or dividend that exceeds 10%:**

> The Debtors have to reduce some of their household expenses to ensure the affordability of this extremely necessary vehicle.

/s/Stacey Tindall
STACEY TINDALL

March 27, 2019
(Date)

/s/Erica Tindall
ERICA TINDALL

March 27, 2019
(Date)